David Keledjian (SBN 309135)
David Arakelyan (SBN 337076)
**D.LAW, INC.**
250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
d.keledjian@d.law, d.arakelyan@d.law

*Attorneys for Plaintiff,* MAXIMILIANO CABRERA

[counsel continued on next page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILIANO CABRERA, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>FOX TELEVISION STATIONS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-07228-JD<br><br>[Assigned for All Purposes to Honorable James Donato, Ctrm. 11 – 19th Floor]<br><br>**JOINT REPORT RE STATUS OF ARBITRATION**<br><br>Action Filed: July 18, 2025<br>Action Removed: August 27, 2025<br>Trial Date: None Set |

DAVID H. STERN, SBN 196408
ALEX E. SPJUTE, SBN 229796
MATTHEW J. GOODMAN, SBN 316286
**BAKER & HOSTETLER LLP**
1900 Avenue of The Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.820.8800
Facsimile: 310.820.8859
*Emails:* *dstern@bakerlaw.com*
*aspjute@bakerlaw.com*
*mgoodman@bakerlaw.com*

*Attorneys for Defendant,*
FOX TELEVISION STATIONS, LLC

**JOINT REPORT RE STATUS OF ARBITRATION**

Pursuant to the Court's December 9, 2025, Order, compelling Plaintiff's First and Third Causes of Action of Arbitration, Plaintiff Maximiliano Cabrera ("Plaintiff") and Defendant Fox Television Stations, LLC ("Fox" and collectively referred to herein as the "Parties") to the above-entitled action respectfully submit this Joint Status Report regarding the status of arbitration proceedings.

Plaintiff submitted his Demand for Arbitration to the American Arbitration Association ("AAA") on January 13, 2026. The matter was assigned an AAA Case Number 00-26-0000-1869. AAA initiated arbitration proceedings on February 27, 2026.

On April 6, 2026, the Parties participated in the first arbitration conference. Subsequently, on April 15, 2026, Defendant submitted a procedural motion to dismiss Plaintiff's Demand for Arbitration. The motion was denied on May 12, 2026.

On June 8, 2026, the Arbitrator issued a procedural scheduling order that contained provisions that were challenged by Plaintiff. As a result, on June 17, 2026, Plaintiff filed a Motion to Vacate Order Compelling Arbitration ("Motion") in the district court.

On July 16, 2026, the Arbitrator issued Procedure Order No. 2 – Suspension of Proceedings for Non-Payment of Fees, which suspended the arbitration proceedings due to Plaintiff's non-payment of Plaintiff's portion of the Arbitrator's fees. The Arbitrator further informed the Parties that he would terminate the arbitration for non-payment, pursuant to Rule 45 of the AAA Labor Arbitration Rules, if the outstanding balance was not paid by August 15, 2026.

The Court had originally scheduled the Motion hearing date for July 23, 2026. However, on July 17, 2026, the Court issued an order, rescheduling the hearing on the Motion to Vacate to October 1, 2026, at 11AM. The Court also terminated Plaintiff's administrative motion to continue the hearing.

Dated: July 27, 2026

**D.LAW, INC.**

By: */s/ David Arakelyn*
David Keledjian
David Arakelyan

*Attorneys for Plaintiff,*
MAXIMILIANO CABRERA

Dated: July 27, 2026

**BAKER & HOSTETLER LLP**

By: */s/ David H. Stern*
David H. Stern
Alex E. Spjute
Matthew J. Goodman

*Attorneys for Defendant,*
FOX TELEVISION STATIONS, LLC

## ECF FILING ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated: July 27, 2026

By: */s/ David H. Stern*
David H. Stern

*Attorney for Defendant,*
FOX TELEVISION STATIONS, LLC